# ADDENDUM B

# ISSUES PROPOSED TO BE RAISED ON APPEAL

ISSUE NO. 1: Whether the district court erred in granting Defendant-Appellee's motion for summary judgment on the basis that no genuine dispute as to any material fact exists allowing a factfinder to determine that Defendant-Appellee's products are not "All Natural" or that the products' labels were deceptive and misleading.

Appellate Standard of Review for Issue No. 1: *de novo*

ISSUE NO. 2: Whether the district court erred in finding the expert opinions of Dr. J. Michael Dennis inadmissible.

Appellate Standard of Review for Issue No. 2: abuse of discretion

ISSUE NO. 3: Whether the district court erred in finding the expert opinions of Dr. Anton Toutov inadmissible.

Appellate Standard of Review for Issue No. 3: abuse of discretion

ISSUE NO. 4: Whether the district court erred in decertifying the classes.

Appellate Standard of Review for Issue No. 4: *de novo*